**Order entered November 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00611-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**KENNARD HENRY RICHARDS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F14-57714-X**

## ORDER

On October 20, 2015, this Court ordered court reporter Jan Cherie Williams to retrieve from the State and file all of the exhibits that were admitted into evidence during the suppression hearing. On October 26, 2015, Ms. Williams filed a supplemental record with all of the exhibits, except State's Exhibit no. 2, an audio CD. Ms. Williams has not complied with the Court's order by filing most of the exhibits.

Accordingly, we **ORDER** Jan Cherie Williams, official court reporter of the Criminal District Court No. 6, to file, by **NOVEMBER 16, 2015**, a supplemental record containing State's Exhibit no. 2, an audio CD. If the exhibit is not filed by the date specified, the Court will order that Jan Cherie Williams not sit as a court reporter until she has filed the exhibit in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Jan Cherie Williams, official court reporter, Criminal District Court No. 6; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE